**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JPMCC 2006-LDP8 – 24 & 42 SOUTH DEAN ST LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>UE SHOPPES ON DEAN LLC (F/K/A SHOPPES ON DEAN LLC),<br><br>       Defendant. | C.A. No. 2:15-cv-06410-MCA-MAH |

## AMENDED ORDER CONFIRMING RECEIVER'S SALE AND TERMINATING RECEIVERSHIP

  AND NOW, this _____ day of _____, 2018, upon consideration of agreement of Plaintiff and Defendant to the entry of this Order Confirming Receiver's Sale and Terminating Receivership, it is hereby ORDERED and DECREED, that the receivership sale conducted on January 31, 2018 is confirmed in all respects. Title to the real property located at and known as 24 & 42 South Dean Street, Englewood, Bergen County, New Jersey, Lot 7.02, Block 2403 as more fully described on **Exhibit "A"** hereto, together with any and all other additional collateral pledged as security for the sums due under the Note at issue in this action, all as more fully evidenced by the Mortgage and Security Agreement (the "Mortgage"), the Assignment of Leases and Rents (the "ALR") and the UCC-1s securing the Loan at issue in this action, shall pass by Deed and Bill of Sale, respectively, from the Receiver, NAI James E. Hanson, Inc., (the

"Receiver") to JPMCC 2006-LDP8 – 24 & 42 SOUTH DEAN ST LLC or its nominee or assignee, free and clear.

IT IS FURTHER ORDERED and DECREED that not later than thirty (30) days from the entry of this Order the Receiver shall: (i) pay over to Plaintiff any sums in its possession or under its control after paying final expenses related to the receivership; and (ii) file a final report (the "Final Report") with the Court; and

It is FURTHER ORDERED and DECREED that upon the filing of such Final Report the receivership commenced by this Court's Order of September 9, 2016 shall terminate, that Receiver shall, as of said date, be discharged from any and all further obligation under the Receivership Order and that the Bond posted by the Receiver, if any, shall be discharged and exonerated.

BY THE COURT:

_____

Dated: _____