# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JPMCC 2006-LDP8 – 24 & 42 : | |
| SOUTH DEAN ST LLC, : | |
| : | Civil Action No. 2:15-cv-06410- |
| Plaintiff, : | MCA-MAH |
| : | |
| v. : | |
| : | |
| UE SHOPPES ON DEAN LLC (F/K/A : | |
| SHOPPES ON DEAN LLC), : | |
| : | |
| Defendant. : | |
| : | |
| : | |
| : | |
| : | |
| : | |

## NOTICE OF FINAL RECEIVER REPORT

Now comes the Plaintiff, JPMCC 2006-LDP8 –24& 42 South Dean St LLC ("Plaintiff"), by and through counsel, and provides notice of the filing of the Final Receiver Report of February 2018, attached hereto as Exhibit A.

Respectfully submitted:

  s/Richard A. O'Halloran
Richard A. O'Halloran, Esquire
Dinsmore & Shohl LLP
1200 Liberty Ridge Drive, Suite 310
Wayne, PA 19087
610-408-6020
richard.ohalloran@dinsmore.com

Exhibit "A"

**24-42 South Dean Street**
**ENGLEWOOD, NEW JERSEY**
**MONTHLY OPERATING REPORT**
**FEBRUARY 2018**



COMMERCIAL REAL ESTATE SERVICES, WORLDWIDE
A wholly owned subsidiary of NAI James E. Hanson



**Hanson Management**

COMMERCIAL REAL ESTATE SERVICES, WORLDWIDE
A wholly owned subsidiary of NAI James E. Hanson

tel 201 488 5800
fax 201 646 1399
www.naihanson.com

235 Moore Street
Hackensack, NJ 07601

<u>**Via Regular Mail**</u>

March 8, 2018

United States District Court
The District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

Attention:  The Honorable Madeline Cox Arleo

Re:  Case 2:15-cv-06410-MCA-MAH
     Document 24 Filed December 9, 2016
     24-42 South Dean Street
     Englewood, New Jersey

     February 2018 Monthly Report

Pursuant to the above referenced Consent Order Appointing Receiver below is a summary of the activity for the property located at 24-42 South Dean Street, Englewood, New Jersey for the month of February 2018. Please feel free to contact me with any questions you may have.

**Property Management:**

- The "Foreclosure Sale" was completed on January 31, 2018.   January's report was forwarded to the court. As the Receivership has yet to be "discharged" February's report will be forwarded to the court as well.
- Edenica d/b/a Modiani Kitchens has asked for some minor additional secure "storage" space at the premises.  Unfortunately none at the premises exist.  They were offered some space in the vacant unit adjacent to their storefront on a month to month basis (in case of leasing interest in the vacant unit). We yet await input from all pertinent parties.
- Management was forwarded a Revised Real Estate Tax Bill from the township showing credits given for the successful assessment appeal secured by the Irwin Law Firm. Credits totaling $37,471.60 were applied to the Second Quarter Tax Due May 1, 2018. (Please see Additional Miscellaneous Documentation section of this report)
- The leak from New York Sports Club reoccurred but was quickly remediated by their own technicians.  We await their repainting of the downstairs back hallway.

Build on the power of our network   Over 400 Offices



**Leasing:**

- The premises remains 63.43% occupied.
- The premises continues to be shown to prospective tenants.
- Leasing has reached out to Bluemercury to negotiate a renewal of their tenancy.  We await input from CIII as to whether or not the terms they insist upon are acceptable.

**Financial:**

- All Tenants have paid their rent in a timely fashion.
- S Scanlon Contractors was paid $2,350.00 in February for snow removal expenses.
- The Irwin Law Firm was paid $6,770.74 for the successful tax appeal.

Should you have any questions or require any additional information, please contact me at (201) 488-5800 ext. 142 or email me at mkagan@naihanson.com.

Very truly yours,

NAI Hanson Management, LLC
Managing Agent for NAI James E. Hanson, Inc.
Receiver for Shoppes on Dean

Margot A. Kagan
Property Administrator

cc:   Ted Bradley, Director Special Servicing, C-III Asset Management, via email tbradley@c3cp.com
       Don Vintsent, Senior Vice President/Special Servicing, C-III Asset Management, LLC. via email
       dvintsent@c3cp.com
       Robert Vergara, Senior Manager, Property Accounting, Urban Edge Properties via email
       rvergara@uedge.com
       Richard A. O'Halloran, Partner, Dinsmore & Shohl, LLP, via email,
       Richard.ohalloran@dinsmore.com
       Bonnie Poeta, Urban Edge Properties, via email bpoeta@uedge.com
       Diane Owens, Urban Edge Properties, via email dowens@uedge.com



# 24-42 South Dean Street
# ENGLEWOOD, NEW JERSEY
# INCOME & EXPENSE STATEMENT
# FEBRUARY 2018



COMMERCIAL REAL ESTATE SERVICES, WORLDWIDE
A wholly owned subsidiary of NAI James E. Hanson

| Database: | NAIHANSON | | Income Statement | Page: | 1 |
|---|---|---|---|---|---|
| ENTITY: | 104 | | OPERATING STATEMENT/CASH BAL | Date: | 3/6/2018 |
| | | | | Time: | 02:47 PM |

**NAI HANSON MGMT SHOPPES ON DEAN RECEIV**

Cash

Report includes an open period. Entries are not final.

| | Thru: | Current Period 1 Month Feb 2018 | Year-To-Date 2 Months Feb 2018 |
|---|---|---|---|
| **Income** | | | |
| Base Rent | | 44,564.26 | 89,128.52 |
| Percentage Rent | | 2,369.29 | 9,730.40 |
| CAM Recoveries | | (6,613.51) | 139.41 |
| Tax Recoveries | | 12,100.57 | 24,201.14 |
| | | | |
| Total Income | | 52,420.61 | 123,199.47 |
| | | | |
| **Operating Expenses** | | | |
| CAM - Maintenance | | 5,628.86 | 10,516.32 |
| CAM - Fuel | | 159.71 | 159.71 |
| CAM - Electricity | | 1,874.72 | 1,874.72 |
| CAM - Water | | 824.32 | 2,425.64 |
| CAM - Animal/Pest Control | | 58.64 | 117.28 |
| CAM - Fire/Crime Preventn | | 373.55 | 547.65 |
| CAM - Alarm Monitoring | | 0.00 | 288.56 |
| | | | |
| Total CAM | | 8,919.80 | 15,929.88 |
| | | | |
| Tenant - Misc. | | 75.00 | 75.00 |
| LRM - Fuel | | 718.38 | 718.38 |
| LRM - Electric | | 599.84 | 599.84 |
| LRM - Maintenance | | 1,119.63 | 1,239.63 |
| Real Estate Taxes | | 0.00 | 62,812.23 |
| Insurance | | 9,562.00 | 9,562.00 |
| Legal Fees | | 6,770.74 | 6,770.74 |
| Professional Fees | | 500.00 | 1,000.00 |
| Management Fees | | 2,123.36 | 4,123.36 |
| Administrative Fees | | 0.00 | 20.00 |
| | | | |
| Total Operating Expenses | | 30,388.75 | 102,851.06 |
| | | | |
| Net Operating Income | | 22,031.86 | 20,348.41 |
| | | | |
| **Non-Oper Income & Expense** | | | |
| Debt Service Interest | | 0.00 | 290,000.00 |
| | | | |
| Total Non-Oper Inc & Exp | | 0.00 | 290,000.00 |
| | | | |
| Net Income | | 22,031.86 | (269,651.59) |
| | | | |
| Cash - Operating Accounts | | 119,862.08 | 119,862.08 |
| Investments | | 0.00 | 0.00 |
| R.E. Tax Escrow | | 0.00 | 0.00 |

**24-42 South Dean Street**
**ENGLEWOOD, NEW JERSEY**
**RECEIVABLES LEDGER**
**FEBRUARY 2018**



COMMERCIAL REAL ESTATE SERVICES, WORLDWIDE
A wholly owned subsidiary of NAI James E. Hanson

| Database: NAIHANSON | | CM Receivables Ledger | | | Page: 1 |
| --- | --- | --- | --- | --- | --- |
| BLDG: 104 | | NAI HANSON MGMT RECEIVER SHOPPES ON DEAN | | | Date: 3/6/2018 |
| | | ENGLEWOOD NJ | | | Time: 03:02 PM |
| Occupancy Status: Current New | | 2/1/2018 Through 2/28/2018 | | | |

| Bldg/Lease | Date | Category | SR | Description | Debit | Credit | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

### 104-000503   TSI ENGLEWD dba NY SPORTS CLUB

| | | | | Balance Forward | | | -11,157.49 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 104 | 000503 | 2/1/2018 | BRY BASE RENT | CH AUTOCHRG | 37,824.10 | | 26,666.61 |
| 104 | 000503 | 2/1/2018 | CMY CAM | CH AUTOCHRG | 5,804.16 | | 32,470.77 |
| 104 | 000503 | 2/1/2018 | TMY R.E. TAX | CH AUTOCHRG | 10,632.74 | | 43,103.51 |
| 104 | 000503 | 2/6/2018 | BRY BASE RENT | CR Receipt | | 26,666.61 | 16,436.90 |
| 104 | 000503 | 2/6/2018 | BRY BASE RENT | CR CreditApply | | 11,157.49 | 5,279.41 |
| 104 | 000503 | 2/6/2018 | CAM CAM RECONCILIATION | PR CreditApply | 11,157.49 | | 16,436.90 |
| 104 | 000503 | 2/6/2018 | CMY CAM | CR Receipt | | 5,804.16 | 10,632.74 |
| 104 | 000503 | 2/6/2018 | TMY R.E. TAX | CR Receipt | | 10,632.74 | 0.00 |

| Category | | Mo. Rep Charges | Beg Balance | Charges | Cash Receipts | N/C Credits | Refunds | End Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BRY | BASE RENT | 37,824.10 | 0.00 | 37,824.10 | 37,824.10 | 0.00 | 0.00 | 0.00 |
| CAM | CAM RECONCILIATIC | 0.00 | -11,157.49 | 0.00 | -11,157.49 | 0.00 | 0.00 | 0.00 |
| CMY | CAM | 5,804.16 | 0.00 | 5,804.16 | 5,804.16 | 0.00 | 0.00 | 0.00 |
| TMY | R.E. TAX | 10,632.74 | 0.00 | 10,632.74 | 10,632.74 | 0.00 | 0.00 | 0.00 |
| | Total: | 54,261.00 | -11,157.49 | 54,261.00 | 43,103.51 | 0.00 | 0.00 | 0.00 |

### 104-000504   BLUEMERCURY, INC          NATHAN SCHUBB                    (513) 579-7903

| | | | | Balance Forward | | | 14.67 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 104 | 000504 | 2/28/2018 | PRY PERCENTAGE RENT | CH 1/18 PERCENTAGE | 2,369.29 | | 2,383.96 |
| 104 | 000504 | 2/28/2018 | PRY PERCENTAGE RENT | CR Receipt | | 2,369.29 | 14.67 |

| Category | | Mo. Rep Charges | Beg Balance | Charges | Cash Receipts | N/C Credits | Refunds | End Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CAM | CAM RECONCILIATIC | 0.00 | 1,063.46 | 0.00 | 0.00 | 0.00 | 0.00 | 1,063.46 |
| PRY | PERCENTAGE RENT | 0.00 | 0.00 | 2,369.29 | 2,369.29 | 0.00 | 0.00 | 0.00 |
| TRY | TRASH REMOVAL | 0.00 | -978.17 | 0.00 | 0.00 | 0.00 | 0.00 | -978.17 |
| WSY | WATER & SEWER | 0.00 | -70.62 | 0.00 | 0.00 | 0.00 | 0.00 | -70.62 |
| | Total: | 0.00 | 14.67 | 2,369.29 | 2,369.29 | 0.00 | 0.00 | 14.67 |

### 104-000505   EDENICA LLC / MODIANI KITHCEN

| | | | | Balance Forward | | | -2,208.94 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 104 | 000505 | 2/1/2018 | BRY BASE RENT | CH AUTOCHRG | 6,740.16 | | 4,531.22 |
| 104 | 000505 | 2/1/2018 | CMY CAM | CH AUTOCHRG | 948.76 | | 5,479.98 |
| 104 | 000505 | 2/1/2018 | TMY R.E. TAX | CH AUTOCHRG | 1,467.83 | | 6,947.81 |
| 104 | 000505 | 2/7/2018 | BRY BASE RENT | CR Receipt | | 4,531.22 | 2,416.59 |
| 104 | 000505 | 2/7/2018 | BRY BASE RENT | CR CreditApply | | 2,208.94 | 207.65 |
| 104 | 000505 | 2/7/2018 | CAM CAM RECONCILIATION | PR CreditApply | 2,208.94 | | 2,416.59 |
| 104 | 000505 | 2/7/2018 | CMY CAM | CR Receipt | | 948.76 | 1,467.83 |
| 104 | 000505 | 2/7/2018 | TMY R.E. TAX | CR Receipt | | 1,467.83 | 0.00 |

| Category | | Mo. Rep Charges | Beg Balance | Charges | Cash Receipts | N/C Credits | Refunds | End Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BRY | BASE RENT | 6,740.16 | 0.00 | 6,740.16 | 6,740.16 | 0.00 | 0.00 | 0.00 |
| CAM | CAM RECONCILIATIC | 0.00 | -2,208.94 | 0.00 | -2,208.94 | 0.00 | 0.00 | 0.00 |

| Database: | NAIHANSON | | CM Receivables Ledger | | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|---|
| BLDG: | 104 | | NAI HANSON MGMT RECEIVER SHOPPES ON DEAN | | | | | Date: | 3/6/2018 |
| | | | ENGLEWOOD   NJ | | | | | Time: | 03:02 PM |
| Occupancy Status: Current  New | | | 2/1/2018 Through 2/28/2018 | | | | | | |

| Bldg/Lease | Date | Category | | SR | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| CMY | CAM | 948.76 | 0.00 | 948.76 | 948.76 | 0.00 | 0.00 | 0.00 |
| TMY | R.E. TAX | 1,467.83 | 0.00 | 1,467.83 | 1,467.83 | 0.00 | 0.00 | 0.00 |
| | Total: | 9,156.75 | -2,208.94 | 9,156.75 | 6,947.81 | 0.00 | 0.00 | 0.00 |

**Totals for 104:**

| Category | | Mo. Rep Charges | Beg Balance | Charges | Cash Receipts | N/C Credits | Refunds | End Balance |
|---|---|---|---|---|---|---|---|---|
| BRY | BASE RENT | 44,564.26 | 0.00 | 44,564.26 | 44,564.26 | 0.00 | 0.00 | 0.00 |
| CAM | CAM RECONCILIATI( | 0.00 | -12,302.97 | 0.00 | -13,366.43 | 0.00 | 0.00 | 1,063.46 |
| CMY | CAM | 6,752.92 | 0.00 | 6,752.92 | 6,752.92 | 0.00 | 0.00 | 0.00 |
| PRY | PERCENTAGE RENT | 0.00 | 0.00 | 2,369.29 | 2,369.29 | 0.00 | 0.00 | 0.00 |
| TMY | R.E. TAX | 12,100.57 | 0.00 | 12,100.57 | 12,100.57 | 0.00 | 0.00 | 0.00 |
| TRY | TRASH REMOVAL | 0.00 | -978.17 | 0.00 | 0.00 | 0.00 | 0.00 | -978.17 |
| WSY | WATER & SEWER | 0.00 | -70.62 | 0.00 | 0.00 | 0.00 | 0.00 | -70.62 |
| | BLDG Total: | 63,417.75 | -13,351.76 | 65,787.04 | 52,420.61 | 0.00 | 0.00 | 14.67 |

**Grand Totals:**

| Category | | Mo. Rep Charges | Beg Balance | Charges | Cash Receipts | N/C Credits | Refunds | End Balance |
|---|---|---|---|---|---|---|---|---|
| BRY | BASE RENT | 44,564.26 | 0.00 | 44,564.26 | 44,564.26 | 0.00 | 0.00 | 0.00 |
| CAM | CAM RECONCILIATI( | 0.00 | -12,302.97 | 0.00 | -13,366.43 | 0.00 | 0.00 | 1,063.46 |
| CMY | CAM | 6,752.92 | 0.00 | 6,752.92 | 6,752.92 | 0.00 | 0.00 | 0.00 |
| PRY | PERCENTAGE RENT | 0.00 | 0.00 | 2,369.29 | 2,369.29 | 0.00 | 0.00 | 0.00 |
| TMY | R.E. TAX | 12,100.57 | 0.00 | 12,100.57 | 12,100.57 | 0.00 | 0.00 | 0.00 |
| TRY | TRASH REMOVAL | 0.00 | -978.17 | 0.00 | 0.00 | 0.00 | 0.00 | -978.17 |
| WSY | WATER & SEWER | 0.00 | -70.62 | 0.00 | 0.00 | 0.00 | 0.00 | -70.62 |
| | Grand Total: | 63,417.75 | -13,351.76 | 65,787.04 | 52,420.61 | 0.00 | 0.00 | 14.67 |

**24-42 South Dean Street**
**ENGLEWOOD, NEW JERSEY**
**GENERAL LEDGER**
**FEBRUARY 2018**



COMMERCIAL REAL ESTATE SERVICES, WORLDWIDE
A wholly owned subsidiary of NAI James E. Hanson

| Database: | NAIHANSON | General Ledger | | Page: | 1 |
|---|---|---|---|---|---|
| ENTITY: | 104 | NAI Hanson Management | | Date: | 3/6/2018 |
| | | NAI HANSON MGMT SHOPPES ON DEAN RECEIV | | Time: | 03:06 PM |

**Cash**

02/18 - 02/18

Report includes an open period. Entries are not final.

| Account Entity | Period | Entry Date | Src | Ref | Site | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **1000-000** | | | **CASH -OWNER / TIC** | | | | *Balance Forward* | | | *0.00* |
| 104 | 02/18 | 02/12/18 | GJ | DEAN S | @ | INS PD BY MASTER SERVICER | | | 9,562.00 | -9,562.00 |
| | | | | | | **** Account Totals** | | 0.00 | 9,562.00 | **-9,562.00** |
| **1010-000** | | | **CASH - OPERATING** | | | | *Balance Forward* | | | *88,268.22* |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 199 2/8/2018 VIKING PEST CONTROL | | | 58.64 | 88,209.58 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 191 2/8/2018 BERGEN FIRE | EQUIPMENT, INC. | | 191.93 | 88,017.65 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 201 2/26/2018 GRANITE | TELECOMMUNICATIONS | | 181.62 | 87,836.03 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 200 2/26/2018 CHUSQUITOS CLEANIN SERVICES CORP | | | 1,466.09 | 86,369.94 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 202 2/28/2018 NAI HANSON | MANAGEMENT LLC | | 75.00 | 86,294.94 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 202 2/28/2018 NAI HANSON | MANAGEMENT LLC | | 225.00 | 86,069.94 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 195 2/8/2018 PINTO SERVICE, INC. | | | 650.00 | 85,419.94 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 198 2/8/2018 S SCANLON CONTRACT | | | 250.00 | 85,169.94 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 198 2/8/2018 S SCANLON CONTRACT | | | 250.00 | 84,919.94 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 203 2/26/2018 S SCANLON | CONTRACTORS | | 860.00 | 84,059.94 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 203 2/26/2018 S SCANLON | CONTRACTORS | | 990.00 | 83,069.94 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 194 2/8/2018 OTIS ELEVATOR COMPA | | | 427.45 | 82,642.49 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 190 2/8/2018 AIR COMFORT, LLC | | | 435.32 | 82,207.17 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 206 2/26/2018 SUEZ WATER NEW | JERSEY | | 824.32 | 81,382.85 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 196 2/8/2018 PSE & G | | | 159.71 | 81,223.14 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 196 2/8/2018 PSE & G | | | 1,874.72 | 79,348.42 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 197 2/8/2018 PSE & G | | | 12.86 | 79,335.56 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 197 2/8/2018 PSE & G | | | 406.26 | 78,929.30 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 197 2/8/2018 PSE & G | | | 116.48 | 78,812.82 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 197 2/8/2018 PSE & G | | | 182.78 | 78,630.04 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 197 2/8/2018 PSE & G | | | 167.49 | 78,462.55 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 197 2/8/2018 PSE & G | | | 219.01 | 78,243.54 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 197 2/8/2018 PSE & G | | | 160.23 | 78,083.31 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 197 2/8/2018 PSE & G | | | 53.11 | 78,030.20 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 190 2/8/2018 AIR COMFORT, LLC | | | 98.10 | 77,932.10 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 202 2/26/2018 NAI HANSON | MANAGEMENT LLC | | 600.00 | 77,332.10 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 202 2/26/2018 NAI HANSON | MANAGEMENT LLC | | 75.00 | 77,257.10 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 204 2/26/2018 SWIFT ELECTRICAL | SUPPLY CO. INC | | 346.53 | 76,910.57 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 202 2/26/2018 NAI HANSON | MANAGEMENT LLC | | 75.00 | 76,835.57 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 192 2/8/2018 NAI HANSON | MANAGEMENT LLC | | 2,123.36 | 74,712.21 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 205 2/26/2018 THE IRWIN LAW FIRM, P.A. | | | 6,770.74 | 67,941.47 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 193 2/8/2018 NAI JAMES E. HANSON | | | 500.00 | 67,441.47 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | | 000503 00025980 Cash Recpt BRY BASE RENT | | 37,824.10 | | 105,265.57 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | | 000503 00025980 224219 Cash Recpt CM\CAM | | 5,804.16 | | 111,069.73 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | | 000503 00025980 224219 Cash Recpt TMY R.E. TAX | | 10,632.74 | | 121,702.47 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | | 000503 00025980 Paymnt Rev CAM CAM RECONCILIATION | | | 11,157.49 | 110,544.98 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | | 000505 00025995 Cash Recpt BRY BASE RENT | | 6,740.16 | | 117,285.14 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | | 000505 00025995 1157 Cash Recpt CMY CAM | | 948.76 | | 118,233.90 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | | 000505 00025995 1157 Cash Recpt TMY R.E. TAX | | 1,467.83 | | 119,701.73 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | | 000505 00025995 Paymnt Rev CAM CAM RECONCILIATION | | | 2,208.94 | 117,492.79 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | | 000504 00026178 2139655 Cash Recpt PR PERCENTAGE RENT | | 2,369.29 | | 119,862.08 |
| | | | | | | **** Account Totals** | | 65,787.04 | 34,193.18 | **119,862.08** |
| **1020-000** | | | **CASH -3RD PARTY/PARTNRSHP** | | | | *Balance Forward* | | | *-3,405.00* |
| **1100-000** | | | **TRANSFER & EXCHANGE** | | | | *Balance Forward* | | | *0.00* |

| Database: | NAIHANSON | **General Ledger** | Page: | 2 |
| ENTITY: | 104 | NAI Hanson Management | Date: | 3/6/2018 |
| | | NAI HANSON MGMT SHOPPES ON DEAN RECEIV | Time: | 03:06 PM |

Cash

02/18 - 02/18

Report includes an open period.  Entries are not final.

| Account Entity | Period | Entry Date | Src | Ref | Site | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **1300-000** | | | **DEPOSIT** | | | | *Balance Forward* | | | *2,424.00* |
| **2400-000** | | | **SECURITY DEPOSIT PAYABLE** | | | | *Balance Forward* | | | *-42,477.07* |
| **2500-000** | | | **MORTGAGE PAYABLE 1ST** | | | | *Balance Forward* | | | *590,000.00* |
| **3000-000** | | | **EARNINGS - CURRENT** | | | | *Balance Forward* | | | *0.00* |
| **3300-000** | | | **PARTNERS CAPITAL** | | | | *Balance Forward* | | | *-219,375.62* |
| **4000-000** | | | **BASE RENT** | | | | *Balance Forward* | | | *-44,564.26* |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | 000503 00025980 224219 | Cash Recpt BRYBASE RENT | | | 26,666.61 | -71,230.87 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | 000503 00025980 | Cash Recpt BRY BASE  RENT | | | 11,157.49 | -82,388.36 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | 000505 00025995 1157 | Cash Recpt BRY BASE RENT | | | 4,531.22 | -86,919.58 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | 000505 00025995 | Cash Recpt BRY BASE  RENT | | | 2,208.94 | -89,128.52 |
| | | | | | | **** Account Totals** | | 0.00 | 44,564.26 | **-89,128.52** |
| **4010-000** | | | **PERCENTAGE RENT** | | | | *Balance Forward* | | | *-7,361.11* |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | 000504 00026178 2139655 | Cash Recpt PR'PERCENTAGE RENT | | | 2,369.29 | -9,730.40 |
| | | | | | | **** Account Totals** | | 0.00 | 2,369.29 | **-9,730.40** |
| **4100-000** | | | **RECOVERIES - CAM** | | | | *Balance Forward* | | | *-6,752.92* |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | 000503 00025980 224219 | Cash Recpt CM\CAM | | | 5,804.16 | -12,557.08 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | 000503 00025980 | Paymnt Rev CAM CAM  RECONCILIATION | | 11,157.49 | | -1,399.59 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | 000505 00025995 1157 | Cash Recpt CMY CAM | | | 948.76 | -2,348.35 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | 000505 00025995 | Paymnt Rev CAM CAM  RECONCILIATION | | 2,208.94 | | -139.41 |
| | | | | | | **** Account Totals** | | 13,366.43 | 6,752.92 | **-139.41** |
| **4110-000** | | | **RECOVERIES - TAX** | | | | *Balance Forward* | | | *-12,100.57* |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | 000503 00025980 224219 | Cash Recpt TMYR.E. TAX | | | 10,632.74 | -22,733.31 |
| 104 | 02/18 | 02/28/18 | CM 011441 | @ | 000505 00025995 1157 | Cash Recpt TMY  R.E. TAX | | | 1,467.83 | -24,201.14 |
| | | | | | | **** Account Totals** | | 0.00 | 12,100.57 | **-24,201.14** |
| **4160-000** | | | **TENANT REIMBURSABLES** | | | | *Balance Forward* | | | *0.00* |
| **4180-000** | | | **RECOVERIES  - WATER/SEWER** | | | | *Balance Forward* | | | *0.00* |
| **4240-000** | | | **TENANT OTHER** | | | | *Balance Forward* | | | *0.00* |
| **5321-000** | | | **REAL ESTATE TAXES** | | | | *Balance Forward* | | | *62,812.23* |
| **5710-000** | | | **EXTERMINATING** | | | | *Balance Forward* | | | *58.64* |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | 199 2/8/2018 FEBRUARY 2018 | VIKING PEST CONTROL | | 58.64 | | 117.28 |
| | | | | | | **** Account Totals** | | 58.64 | 0.00 | **117.28** |

| Database: | NAIHANSON | | General Ledger | | Page: | 3 |
|---|---|---|---|---|---|---|
| ENTITY: | 104 | | NAI Hanson Management | | Date: | 3/6/2018 |
| | | | NAI HANSON MGMT SHOPPES ON DEAN RECEIV | | Time: | 03:06 PM |

Cash

02/18 - 02/18
Report includes an open period. Entries are not final.

| Account Entity | Period | Entry Date | Src | Ref | Site | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 5719-000 | | | **FIRE/CRIME PREVENTION** | | | | *Balance Forward* | | | *174.10* |
| 104 | 02/18 | 02/28/18 | AP | 013027 | @ | 191 2/8/2018 RECERTF. FIRE EXTG | SHBERGEN FIRE EQUIPMENT, INC. | 191.93 | | 366.03 |
| 104 | 02/18 | 02/28/18 | AP | 013027 | @ | 201 2/26/2018 FEBRUARY 2018 | GRANITE TELECOMMUNICATIONS | 181.62 | | 547.65 |
| | | | | | | **\*\* Account Totals** | | 373.55 | 0.00 | **547.65** |
| 5720-000 | | | **JANITORIAL SERVICES** | | | | *Balance Forward* | | | *1,466.09* |
| 104 | 02/18 | 02/28/18 | AP | 013027 | @ | 200 2/26/2018 JAN SERV FEB 2018 | CHUSQUITOS CLEANING SERVICES CORP | 1,466.09 | | 2,932.18 |
| | | | | | | **\*\* Account Totals** | | 1,466.09 | 0.00 | **2,932.18** |
| 5724-000 | | | **ALARM MONITORING** | | | | *Balance Forward* | | | *288.56* |
| 5725-000 | | | **LANDSCAPING SERVICE** | | | | *Balance Forward* | | | *0.00* |
| 5750-000 | | | **REPAIRS AND MAINTENANCE** | | | | *Balance Forward* | | | *922.92* |
| 104 | 02/18 | 02/28/18 | AP | 013027 | @ | 202 2/26/2018 DEC ENG HOURS | NAI HANSON MANAGEMENT LLC | 75.00 | | 997.92 |
| 104 | 02/18 | 02/28/18 | AP | 013027 | @ | 202 2/26/2018 JAN 2018 ENG HRS | NAI HANSON MANAGEMENT LLC | 225.00 | | 1,222.92 |
| | | | | | | **\*\* Account Totals** | | 300.00 | 0.00 | **1,222.92** |
| 5754-000 | | | **LOCKS** | | | | *Balance Forward* | | | *0.00* |
| 5760-000 | | | **RUBBISH REMOVAL** | | | | *Balance Forward* | | | *650.00* |
| 104 | 02/18 | 02/28/18 | AP | 013027 | @ | 195 2/8/2018 JANUARY 2018 SERV | PINTO SERVICE, INC | 650.00 | | 1,300.00 |
| | | | | | | **\*\* Account Totals** | | 650.00 | 0.00 | **1,300.00** |
| 5770-000 | | | **SNOW REMOVAL** | | | | *Balance Forward* | | | *1,420.00* |
| 104 | 02/18 | 02/28/18 | AP | 013027 | @ | 198 2/8/2018 02/02 SALT | S SCANLON CONTRACTORS | 250.00 | | 1,670.00 |
| 104 | 02/18 | 02/28/18 | AP | 013027 | @ | 198 2/8/2018 1/30 SALT | S SCANLON CONTRACTORS | 250.00 | | 1,920.00 |
| 104 | 02/18 | 02/28/18 | AP | 013027 | @ | 203 2/26/2018 02/17 & 2/18 | SNW/SLT S SCANLON CONTRACTORS | 860.00 | | 2,780.00 |
| 104 | 02/18 | 02/28/18 | AP | 013027 | @ | 203 2/26/2018 2/7 &2/8 SLT/SNW | S SCANLON CONTRACTORS | 990.00 | | 3,770.00 |
| | | | | | | **\*\* Account Totals** | | 2,350.00 | 0.00 | **3,770.00** |
| 5776-000 | | | **ELEVATOR CONTRACT SERV.** | | | | *Balance Forward* | | | *428.45* |
| 104 | 02/18 | 02/28/18 | AP | 013027 | @ | 194 2/8/2018 02/01-02/28/18 | OTIS ELEVATOR COMPANY | 427.45 | | 855.90 |

| Database: | NAIHANSON | | | | General Ledger | | | | Page: | 4 |
| ENTITY: | 104 | | | | NAI Hanson Management | | | | Date: | 3/6/2018 |
| | | | | | NAI HANSON MGMT SHOPPES ON DEAN RECEIV | | | | Time: | 03:06 PM |

Cash

02/18 - 02/18

Report includes an open period. Entries are not final.

| Account Entity | Period | Entry Date | Src | Ref | Site | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|

**5776-000 - ELEVATOR CONTRACT SERV.** (Continued)

| | | | | | | | ** Account Totals | 427.45 | 0.00 | 855.90 |

| **5778-000** | | | **ELEVATOR MISC.** | | | | *Balance Forward* | | | *0.00* |

| **5791-000** | | | **HVAC REPAIRS** | | | | *Balance Forward* | | | *0.00* |

| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 190 2/8/2018 1/9 & 18 HVAC WRK    AIR COMFORT, LLC | | 435.32 | | 435.32 |

| | | | | | | | ** Account Totals | 435.32 | 0.00 | 435.32 |

| **5801-000** | | | **WATER** | | | | *Balance Forward* | | | *1,601.32* |

| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 206 2/26/2018 #10006620522222    SUEZ WATER NEW JERSEY | | 824.32 | | 2,425.64 |

| | | | | | | | ** Account Totals | 824.32 | 0.00 | 2,425.64 |

| **5803-000** | | | **FUEL - GAS** | | | | *Balance Forward* | | | *0.00* |

| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 196 2/8/2018 #72-911-088-02    PSE & G | | 159.71 | | 159.71 |

| | | | | | | | ** Account Totals | 159.71 | 0.00 | 159.71 |

| **5805-000** | | | **ELECTRICITY** | | | | *Balance Forward* | | | *0.00* |

| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 196 2/8/2018 #72-911-088-02    PSE & G | | 1,874.72 | | 1,874.72 |

| | | | | | | | ** Account Totals | 1,874.72 | 0.00 | 1,874.72 |

| **5850-000** | | | **INSURANCE** | | | | *Balance Forward* | | | *0.00* |

| 104 | 02/18 | 02/12/18 | GJ DEAN S @ | | | INS PD BY MASTER SERVICER | | 9,562.00 | | 9,562.00 |

| | | | | | | | ** Account Totals | 9,562.00 | 0.00 | 9,562.00 |

| **5851-000** | | | **INSURANCE BUILDING** | | | | *Balance Forward* | | | *0.00* |

| **5852-000** | | | **INSURANCE LIABILITY** | | | | *Balance Forward* | | | *0.00* |

| **6803-000** | | | **LRM - FUEL/GAS** | | | | *Balance Forward* | | | *0.00* |

| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 197 2/8/2018 #72-906-583-02    PSE & G | | 12.86 | | 12.86 |
| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 197 2/8/2018 #72-909-115-04    PSE & G | | 406.26 | | 419.12 |
| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 197 2/8/2018 #72-911-552-07    PSE & G | | 116.48 | | 535.60 |
| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 197 2/8/2018 #72-912-067-07    PSE & G | | 182.78 | | 718.38 |

| | | | | | | | ** Account Totals | 718.38 | 0.00 | 718.38 |

| **6805-000** | | | **LRM - ELECTRICITY** | | | | *Balance Forward* | | | *0.00* |

| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 197 2/8/2018 #72-912-067-07    PSE & G | | 167.49 | | 167.49 |
| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 197 2/8/2018 #72-911-552-07    PSE & G | | 219.01 | | 386.50 |
| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 197 2/8/2018 #72-909-115-04    PSE & G | | 160.23 | | 546.73 |
| 104 | 02/18 | 02/28/18 | AP 013027 @ | | | 197 2/8/2018 #72-906-583-02    PSE & G | | 53.11 | | 599.84 |

| | | | | | | | ** Account Totals | 599.84 | 0.00 | 599.84 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Database: | NAIHANSON | | | | **General Ledger** | | Page: | | 5 |
| ENTITY: | 104 | | | | **NAI Hanson Management** | | Date: | | 3/6/2018 |
| | | | | | **NAI HANSON MGMT SHOPPES ON DEAN RECEIV** | | Time: | | 03:06 PM |

**Cash**

**02/18 - 02/18**

Report includes an open period. Entries are not final.

| Account Entity | Period | Entry Date | Src | Ref | Site | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **6806-000** | | | **LRM - REPAIRS & MAINT** | | | | *Balance Forward* | | | *120.00* |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 190 2/8/2018 1/9 & 18 HVAC WRK | AIR COMFORT, LLC | 98.10 | | 218.10 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 202 2/26/2018 JAN 2018 ENG HRS | NAI HANSON MANAGEMENT LLC | 600.00 | | 818.10 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 202 2/26/2018 DEC ENG HRS | NAI HANSON MANAGEMENT LLC | 75.00 | | 893.10 |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 204 2/26/2018 BREAKER FOR JAB | SWIFT ELECTRICAL SUPPLY CO. INC | 346.53 | | 1,239.63 |
| | | | | | | **\*\* Account Totals** | | 1,119.63 | 0.00 | 1,239.63 |
| **8807-000** | | | **MISC - SPECIFIC TENANT** | | | | *Balance Forward* | | | *0.00* |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 202 2/26/2018 CHECK LEAK NYSC | NAI HANSON MANAGEMENT LLC | 75.00 | | 75.00 |
| | | | | | | **\*\* Account Totals** | | 75.00 | 0.00 | 75.00 |
| **9300-000** | | | **ADMIN - POSTAGE & FREIGHT** | | | | *Balance Forward* | | | *0.00* |
| **9320-000** | | | **ADMIN - OTHER** | | | | *Balance Forward* | | | *0.00* |
| **9325-000** | | | **ADMIN - BANK CHARGES** | | | | *Balance Forward* | | | *20.00* |
| **9450-000** | | | **MANAGEMENT FEES** | | | | *Balance Forward* | | | *2,000.00* |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 192 2/8/2018 Management Fee | NAI HANSON MANAGEMENT LLC | 2,123.36 | | 4,123.36 |
| | | | | | | **\*\* Account Totals** | | 2,123.36 | 0.00 | 4,123.36 |
| **9505-000** | | | **LEGAL FEES** | | | | *Balance Forward* | | | *0.00* |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 205 2/26/2018 TAX APPEAL SERV | THE IRWIN LAW FIRM, P.A. | 6,770.74 | | 6,770.74 |
| | | | | | | **\*\* Account Totals** | | 6,770.74 | 0.00 | 6,770.74 |
| **9515-000** | | | **PROFESSIONAL FEES** | | | | *Balance Forward* | | | *500.00* |
| 104 | 02/18 | 02/28/18 | AP 013027 | @ | | 193 2/8/2018 RECEIVER FEE | NAI JAMES E. HANSON | 500.00 | | 1,000.00 |
| | | | | | | **\*\* Account Totals** | | 500.00 | 0.00 | 1,000.00 |
| | | | | | | **\*\* Grand Totals** | | 109,542.22 | 109,542.22 | |

**24-42 South Dean Street**
**ENGLEWOOD, NEW JERSEY**
**CHECK REGISTER**
**FEBRUARY 2018**


COMMERCIAL REAL ESTATE SERVICES, WORLDWIDE
A wholly owned subsidiary of NAI James E. Hanson

| Database: | NAIHANSON | | **Check Register** | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| ENTITY: | 104 | | NAI Hanson Management | | | | Date: | 3/6/2018 |
| | | | NAI HANSON MGMT SHOPPES ON DEAN RECEIV | | | | Time: | 03:11 PM |

2/1/2018 Through 2/28/2018

| Check # Entity | Check Date Reference | Vendor | Account Number | Invoice Number | Invoice Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 190 | 2/8/2018 | AIR CONT | **AIR COMFORT, LLC** | | | | | |
| 104 | 1/9 & 18 HVAC WRK | | 6806-000 | 4577 | 1/16/2018 | 98.10 | 0.00 | 98.10 |
| 104 | 1/9 & 18 HVAC WRK | | 5791-000 | 4577 | 1/16/2018 | 435.32 | 0.00 | 435.32 |
| | | | | | Check Total: | 533.42 | 0.00 | 533.42 |
| 191 | 2/8/2018 | BE1200 | **BERGEN FIRE EQUIPMENT, INC.** | | | | | |
| 104 | RECERTF. FIRE EXTGSH | | 5719-000 | 24502 | 1/31/2018 | 191.93 | 0.00 | 191.93 |
| | | | | | Check Total: | 191.93 | 0.00 | 191.93 |
| 192 | 2/8/2018 | NAI HANS | **NAI HANSON MANAGEMENT LLC** | | | | | |
| 104 | Management Fee | | 9450-000 | 104_00000001 | 1/26/2018 | 2,123.36 | 0.00 | 2,123.36 |
| | | | | | Check Total: | 2,123.36 | 0.00 | 2,123.36 |
| 193 | 2/8/2018 | NAI JEH | **NAI JAMES E. HANSON** | | | | | |
| 104 | RECEIVER FEE | | 9515-000 | RECEIVER | 12/1/2017 | 500.00 | 0.00 | 500.00 |
| | | | | | Check Total: | 500.00 | 0.00 | 500.00 |
| 194 | 2/8/2018 | OTIS | **OTIS ELEVATOR COMPANY** | | | | | |
| 104 | 02/01-02/28/18 | | 5776-000 | GHK05445218 | 1/22/2018 | 427.45 | 0.00 | 427.45 |
| | | | | | Check Total: | 427.45 | 0.00 | 427.45 |
| 195 | 2/8/2018 | PINTO | **PINTO SERVICE, INC.** | | | | | |
| 104 | JANUARY 2018 SERV | | 5760-000 | 244871 | 1/31/2018 | 650.00 | 0.00 | 650.00 |
| | | | | | Check Total: | 650.00 | 0.00 | 650.00 |
| 196 | 2/8/2018 | PSGALL | **PSE & G** | | | | | |
| 104 | #72-911-088-02 | | 5803-000 | 12/21-01/31 | 12/21/2017 | 159.71 | 0.00 | 159.71 |
| 104 | #72-911-088-02 | | 5805-000 | 12/21-01/31 | 12/21/2017 | 1,874.72 | 0.00 | 1,874.72 |
| | | | | | Check Total: | 2,034.43 | 0.00 | 2,034.43 |
| 197 | 2/8/2018 | PSGALL | **PSE & G** | | | | | |
| 104 | #72-906-583-02 | | 6803-000 | 12/21-01/23 | 12/21/2017 | 12.86 | 0.00 | 12.86 |
| 104 | #72-906-583-02 | | 6805-000 | 12/21-01/23 | 12/21/2017 | 53.11 | 0.00 | 53.11 |
| 104 | #72-909-115-04 | | 6803-000 | 12/21-01/23 | 12/21/2017 | 406.26 | 0.00 | 406.26 |
| 104 | #72-909-115-04 | | 6805-000 | 12/21-01/23 | 12/21/2017 | 160.23 | 0.00 | 160.23 |
| 104 | #72-911-552-07 | | 6803-000 | 12/21-01/23 | 12/21/2017 | 116.48 | 0.00 | 116.48 |
| 104 | #72-911-552-07 | | 6805-000 | 12/21-01/23 | 12/21/2017 | 219.01 | 0.00 | 219.01 |
| 104 | #72-912-067-07 | | 6803-000 | 12/21-01/23 | 12/21/2017 | 182.78 | 0.00 | 182.78 |
| 104 | #72-912-067-07 | | 6805-000 | 12/21-01/23 | 12/21/2017 | 167.49 | 0.00 | 167.49 |
| | | | | | Check Total: | 1,318.22 | 0.00 | 1,318.22 |
| 198 | 2/8/2018 | SSCANLON | **S SCANLON CONTRACTORS** | | | | | |
| 104 | 02/02 SALT | | 5770-000 | SNOW157-2018 | 2/3/2018 | 250.00 | 0.00 | 250.00 |
| 104 | 1/30 SALT | | 5770-000 | SNW145-2017 | 1/30/2018 | 250.00 | 0.00 | 250.00 |
| | | | | | Check Total: | 500.00 | 0.00 | 500.00 |
| 199 | 2/8/2018 | VIKI PES | **VIKING PEST CONTROL** | | | | | |
| 104 | FEBRUARY 2018 | | 5710-000 | 19602975 | 2/1/2018 | 58.64 | 0.00 | 58.64 |
| | | | | | Check Total: | 58.64 | 0.00 | 58.64 |

| Database: | NAIHANSON | | Check Register | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|
| ENTITY: | 104 | | NAI Hanson Management | | | | Date: | 3/6/2018 |
| | | | NAI HANSON MGMT SHOPPES ON DEAN RECEIV | | | | Time: | 03:11 PM |

2/1/2018 Through 2/28/2018

| Check # Entity | Check Date Reference | Vendor | Account Number | Invoice Number | Invoice Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 200 | 2/26/2018 | CHUSQ | **CHUSQUITOS CLEANING SERVICES CORP** | | | | | |
| 104 | JAN SERV FEB 2018 | | 5720-000 | 236 | 2/18/2018 | 1,466.09 | 0.00 | 1,466.09 |
| | | | | | Check Total: | 1,466.09 | 0.00 | 1,466.09 |
| 201 | 2/26/2018 | GRANTEL | **GRANITE TELECOMMUNICATIONS** | | | | | |
| 104 | FEBRUARY 2018 | | 5719-000 | 412840551 | 2/1/2018 | 181.62 | 0.00 | 181.62 |
| | | | | | Check Total: | 181.62 | 0.00 | 181.62 |
| 202 | 2/26/2018 | NAI HANS | **NAI HANSON MANAGEMENT LLC** | | | | | |
| 104 | DEC ENG HOURS | | 5750-000 | 2017ENG231Z1 | 2/20/2018 | 75.00 | 0.00 | 75.00 |
| 104 | JAN 2018 ENG HRS | | 5750-000 | 2018ENG131Z2 | 2/22/2018 | 225.00 | 0.00 | 225.00 |
| 104 | CHECK LEAK NYSC | | 8807-000 | 2018ENG131Z1 | 2/15/2018 | 75.00 | 0.00 | 75.00 |
| 104 | JAN 2018 ENG HRS | | 6806-000 | 2018ENG131Z2 | 2/22/2018 | 600.00 | 0.00 | 600.00 |
| 104 | DEC ENG HRS | | 6806-000 | 2017ENG231Z1 | 2/20/2018 | 75.00 | 0.00 | 75.00 |
| | | | | | Check Total: | 1,050.00 | 0.00 | 1,050.00 |
| 203 | 2/26/2018 | SSCANLON | **S SCANLON CONTRACTORS** | | | | | |
| 104 | 02/17 & 2/18 SNW/SLT | | 5770-000 | SNW1842017 | 2/18/2018 | 860.00 | 0.00 | 860.00 |
| 104 | 2/7 &2/8 SLT/SNW | | 5770-000 | SNOW169-2017 | 2/8/2018 | 990.00 | 0.00 | 990.00 |
| | | | | | Check Total: | 1,850.00 | 0.00 | 1,850.00 |
| 204 | 2/26/2018 | SWIFTE | **SWIFT ELECTRICAL SUPPLY CO. INC** | | | | | |
| 104 | BREAKER FOR JAB | | 6806-000 | S10029024701 | 2/1/2018 | 346.53 | 0.00 | 346.53 |
| | | | | | Check Total: | 346.53 | 0.00 | 346.53 |
| 205 | 2/26/2018 | THEIRWIN | **THE IRWIN LAW FIRM, P.A.** | | | | | |
| 104 | TAX APPEAL SERV | | 9505-000 | 02152018 | 2/15/2018 | 6,770.74 | 0.00 | 6,770.74 |
| | | | | | Check Total: | 6,770.74 | 0.00 | 6,770.74 |
| 206 | 2/26/2018 | UNWAT | **SUEZ WATER NEW JERSEY** | | | | | |
| 104 | #10006620522222 | | 5801-000 | 01/03-02/02 | 2/2/2018 | 824.32 | 0.00 | 824.32 |
| | | | | | Check Total: | 824.32 | 0.00 | 824.32 |
| | | | *I HANSON MGMT SHOPPES ON DEAN RECEIV Total:* | | | 20,826.75 | 0.00 | 20,826.75 |
| | | | | | Grand Total: | 20,826.75 | 0.00 | 20,826.75 |

**24-42 South Dean Street**
**ENGLEWOOD, NEW JERSEY**
**RENT ROLL**
**FEBRUARY 2018**



COMMERCIAL REAL ESTATE SERVICES, WORLDWIDE
A wholly owned subsidiary of NAI James E. Hanson

| Database: | NAIHANSON | | | | Rent Roll | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|---|

**Rent Roll**
**NAI HANSON MGMT RECEIVER SHOPPES ON DEAN**
**ENGLEWOOD, NJ**
**2/28/2018**

Page: 1
Date: 3/6/2018 3:1
Time: 03:13 PM

| Suite Id | | Tenant Name | --- Rent Dates --- Start | Expire | Square Footage | Monthly Base Rent | Annual P/S/F | --- Future Rent Increases --- Date | Mo. Base Rent | An.P/S/F |
|---|---|---|---|---|---|---|---|---|---|---|

**Vacant Suites**

| 104 | -1B | Vacant | | | 2,506 | | | | | |
| 104 | -3C | Vacant | | | 2,550 | | | | | |
| 104 | -4C | Vacant | | | 3,898 | | | | | |
| 104 | -5C | Vacant | | | 6,024 | | | | | |

**Occupied Suites**

| 104 | -30 | BLUEMERCURY, INC | 8/12/2015 | 5/31/2018 | 2,506 | | | | | |
| 104 | -34-36 | TSI ENGLEWD dba NY SPORTS | 9/8/2014 | 1/31/2022 | 21,346 | $37,824.10 | $21.26 | | | |
| 104 | -6 | EDENICA LLC / MODIANI KITHC | 10/19/2010 | 1/31/2021 | 2,124 | $6,740.16 | $38.08 | | | |

|  | **Totals:** | Occupied Sqft: | 63.43% | 25,976 | $44,564.26 |
|---|---|---|---|---|---|
|  |  | Vacant Sqft: | 36.57% | 14,978 | ( 4 Units) |
|  |  | Total Sqft: | | 40,954 | ( 7 Units) |
|  |  | Leased/Unoccupied Sqft: | | | 0 |
| **MT SHOPPES ON DEAN RECEIV:** | | Occupied Sqft: | 63.43% | 25,976 | $44,564.26 |
|  |  | Vacant Sqft: | 36.57% | 14,978 | ( 4 Units) |
|  |  | Total Sqft: | | 40,954 | ( 7 Units) |
|  |  | Leased/Unoccupied Sqft: | | | 0 |
| **Grand Total:** | | Occupied Sqft: | 63.43% | 25,976 | $44,564.26 |
|  |  | Vacant Sqft: | 36.57% | 14,978 | ( 4 Units) |
|  |  | Total Sqft: | | 40,954 | ( 7 Units) |
|  |  | Leased/Unoccupied Sqft: | | | 0 |

**24-42 South Dean Street**
**ENGLEWOOD, NEW JERSEY**
**BANK RECONCILIATION**
**FEBRUARY 2018**



COMMERCIAL REAL ESTATE SERVICES, WORLDWIDE
A wholly owned subsidiary of NAI James E. Hanson

```
                                    001 00070 01              PAGE:    1
                                    ACCOUNT:        670400335  02/28/2018
```

```
              NAI Hanson Mgmt as Receiver
              For Shoppes on Dean
              235 Moore St
              Hackensack NJ  07601-7425
```

```
==================================================================
                SMALL BUSINESS CHECKING ACCOUNT 670400335
==================================================================
                          LAST STATEMENT 01/31/18      155,164.79
AVG AVAILABLE BALANCE      137,510.54      2 CREDITS     50,051.32
AVERAGE BALANCE            139,298.09     16 DEBITS      74,534.02
                          THIS STATEMENT 02/28/18      130,682.09
```

```
           - - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                    DATE        AMOUNT
Remote Deposit                                 02/06     43,103.51
Remote Deposit                                 02/07      6,947.81
```

```
           - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
    184 02/05   1,466.09      190 02/14     533.42      196 02/13   2,034.43
    185 02/07  62,812.23      191 02/13     191.93      197 02/13   1,318.22
    186 02/05     174.10      192 02/14   2,123.36      198 02/14     500.00
    187 02/01     240.00      193 02/20     500.00      199 02/15      58.64
    188 02/05     740.00      194 02/13     427.45
    189 02/07     764.15      195 02/14     650.00
```

```
           - - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE     DATE..........BALANCE     DATE..........BALANCE
02/01      154,924.79     02/07      139,019.54     02/15      131,182.09
02/05      152,544.60     02/13      135,047.51     02/20      130,682.09
02/06      195,648.11     02/14      131,240.73
```

| Database: | NAIHANSON | MRI Bank Reconciliation | Page: | 1 |
|---|---|---|---|---|
| Report ID: | MRI_BANKREC | NAI Hanson Management | Date: | 3/1/2018 |
| | | | Time: | 04:13 PM |

| Bank | LAK104 | | MRI Program Source: | Windows |
|---|---|---|---|---|
| | | **LAKELAND BANK** | | |

### BANK RECONCILIATION

**Reconciliation of Opening Statement Balance to Ending Statement Balance**

| Reconciliation Number: | 12036 |
|---|---|
| Reconciliation Date: | 3/1/2018 |
| Statement Ending Date: | 2/28/2018 |

| | |
|---|---|
| Opening Balance From Statement: | 155,164.79 |
| | |
| Less Cleared Withdrawals: | 74,534.02 |
| Add Cleared Deposits: | 50,051.32 |
| Less Bank Fees/Other Adjustments: | 0.00 |
| Add Interest Earned/Other Adjustments: | 0.00 |
| Research Adjustments: | 0.00 |
| | |
| Adjusted Bank Balance: | 130,682.09 |
| Ending Balance From Statement: | 130,682.09 |
| | |
| Difference: | 0.00 |

**Notes**

**Cleared Withdrawals and Deposits**

| Date | Period | Reference | Source | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|
| 1/29/2018 | 01/18 | 184 | AP | CHUSQUITOS CLEANING SERVICES CORP | 1,466.09 | |
| 1/29/2018 | 01/18 | 185 | AP | CITY OF ENGLEWOOD | 62,812.23 | |
| 1/29/2018 | 01/18 | 186 | AP | GRANITE TELECOMMUNICATIONS | 174.10 | |
| 1/29/2018 | 01/18 | 187 | AP | NAI HANSON MANAGEMENT LLC | 240.00 | |
| 1/29/2018 | 01/18 | 188 | AP | S SCANLON CONTRACTORS | 740.00 | |
| 1/29/2018 | 01/18 | 189 | AP | SUEZ WATER NEW JERSEY | 764.15 | |
| 2/8/2018 | 02/18 | 190 | AP | AIR COMFORT, LLC | 533.42 | |
| 2/8/2018 | 02/18 | 191 | AP | BERGEN FIRE EQUIPMENT, INC. | 191.93 | |
| 2/8/2018 | 02/18 | 192 | AP | NAI HANSON MANAGEMENT LLC | 2,123.36 | |
| 2/8/2018 | 02/18 | 193 | AP | NAI JAMES E. HANSON | 500.00 | |
| 2/8/2018 | 02/18 | 194 | AP | OTIS ELEVATOR COMPANY | 427.45 | |
| 2/8/2018 | 02/18 | 195 | AP | PINTO SERVICE, INC. | 650.00 | |
| 2/8/2018 | 02/18 | 196 | AP | PSE & G | 2,034.43 | |
| 2/8/2018 | 02/18 | 197 | AP | PSE & G | 1,318.22 | |
| 2/8/2018 | 02/18 | 198 | AP | S SCANLON CONTRACTORS | 500.00 | |
| 2/8/2018 | 02/18 | 199 | AP | VIKING PEST CONTROL | 58.64 | |
| 2/6/2018 | 02/18 | 00025980 | CM | 113 | | 43,103.51 |
| 2/7/2018 | 02/18 | 00025995 | CM | DEAN | | 6,947.81 |
| | | | | **TOTAL:** | **74,534.02** | **50,051.32** |

| Database: | NAIHANSON | MRI Bank Reconciliation | Page: | 2 |
|---|---|---|---|---|
| Report ID: | MRI_BANKREC | NAI Hanson Management | Date: | 3/1/2018 |
| | | | Time: | 04:13 PM |

**GL Reconciliation**

**Reconciliation of Ending Statement Balance To General Ledger Balance**

Period:    02/18

| | | |
|---|---|---|
| Ending Balance From Statement: | | 130,682.09 |
| Outstanding Checks/Other  Withdrawal Adjustments: | | -13,189.30 |
| Less Outstanding Checks: | 13,189.30 | |
| Add Cleared, Unjournalized Withdrawal: | 0.00 | |
| Add Cleared, Journalized Withdrawals for Future Period: | 0.00 | |
| Deposits in transit/Other Deposit Adjustments: | | 2,369.29 |
| Add Deposits in Transit: | 2,369.29 | |
| Less Cleared, Unjournalized Deposits: | 0.00 | |
| Less Cleared, Journalized Deposits for Future Period: | 0.00 | |
| Bank Fees/Interest Adjustments: | | 0.00 |
| Research Adjustments: | | 0.00 |
| Adjusted GL Balance: | | 119,862.08 |
| GL Account Balance: | | 119,862.08 |
| Difference: | | 0.00 |

**Outstanding Checks**

| Date | Period | Reference | Source | Description | Amount |
|---|---|---|---|---|---|
| 1/9/2018 | 01/18 | 174 | AP | DECORATIVE CONCRETE DESIGNS, INC. | 700.00 |
| 2/26/2018 | 02/18 | 200 | AP | CHUSQUITOS CLEANING SERVICES CORP | 1,466.09 |
| 2/26/2018 | 02/18 | 201 | AP | GRANITE TELECOMMUNICATIONS | 181.62 |
| 2/26/2018 | 02/18 | 202 | AP | NAI HANSON MANAGEMENT LLC | 1,050.00 |
| 2/26/2018 | 02/18 | 203 | AP | S SCANLON CONTRACTORS | 1,850.00 |
| 2/26/2018 | 02/18 | 204 | AP | SWIFT ELECTRICAL SUPPLY CO. INC | 346.53 |
| 2/26/2018 | 02/18 | 205 | AP | THE IRWIN LAW FIRM, P.A. | 6,770.74 |
| 2/26/2018 | 02/18 | 206 | AP | SUEZ WATER NEW JERSEY | 824.32 |
| | | | | Total: | 13,189.30 |

**Deposits in Transit**

| Date | Period | Reference | Source | Description | Amount |
|---|---|---|---|---|---|
| 2/28/2018 | 02/18 | 00026178 | CM | 104 | 2,369.29 |
| | | | | Total: | 2,369.29 |

**24-42 South Dean Street
ENGLEWOOD, NEW JERSEY
MANAGEMENT FEE CALCULATION
FEBRUARY 2018**



COMMERCIAL REAL ESTATE SERVICES, WORLDWIDE
A wholly owned subsidiary of NAI James E. Hanson

| Database: | NAIHANSON | Calculate Management Fee | | | Page: | 1 |
| | | NAI Hanson Management | | | Date: | 1/26/2018 |
| | | From 12/28/2017 Through 1/26/2018 | | | Time: | 10:23 AM |
| Preliminary | | | | | | |

| Bldg Id | Building Name | Fee Method | Flat Rate | Fee Rate | Total CR/ Total Tax | Mgmt. Fee/ Total |
|---------|---------------|------------|-----------|----------|---------------------|-------------------|
| 104 | NAI HANSON MGMT RECI | C - Greater of Method A or Method B | 2,000.000 | 3.000 | | |

| Master Lease | Lease Id | Occupant Name | | Fee Rate | Total CR/ Total Tax | Mgmt. Fee/ Total |
|--------------|----------|---------------|--|----------|---------------------|-------------------|
| 104-000503 | | TSI ENGLEWD dba NY SPORTS CLUB | | 3.000 | 54,261.00 | 1,627.83 |
| 104-000504 | | BLUEMERCURY, INC | | 3.000 | 7,361.11 | 220.83 |
| 104-000505 | | EDENICA LLC / MODIANI KITHCEN | | 3.000 | 9,156.75 | 274.70 |

Totals for Building 104: 70,778.86 2,123.36

Management Fee for Building 104: 2,123.36
Amount Previously Invoiced: 0.00
Amount to Invoice: 2,123.36

2,123.36

Grand Total 70,778.86 2,123.36

Total Management Fee: 2,123.36
Amount Previously Invoiced: 0.00
Amount to Invoice 2,123.36

2,123.36

**24-42 South Dean Street**
**ENGLEWOOD, NEW JERSEY**
**MONTHLY MISCELLANEOUS ADDITIONAL DOCUMENTATION**
**FEBRUARY 2018**





# Englewood

Tax Office                    P.O. Box 228 • Englewood, N.J. 07631 • www.cityofenglewood.org
                                            201-871-6607

February 7, 2018

Dear Taxpayer,

The City of Englewood is in receipt of a judgment from the Tax Court of New Jersey for your property. Therefore, the amount for the next quarter is incorrect and a revised bill had to be created. Please see the enclosed bill with the adjustments made on the SECOND quarter of 2018. Please disregard the prior bill and use this bill to pay future quarters. If you have a mortgage company that is responsible for paying your taxes, please forward this information on to them.

If you have any questions, please do not hesitate to contact the Tax Collector directly at the above number.

Sincerely,

Jodi DeMaio, CTC
Tax Collector

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 2403 | 7.02 | |

Property Locat. **28-46 S DEAN ST**
Building Desc. **STORES & OFFICE**
Additional Lots
Land Dimens. **0.579 AC**
Bank   Mortgage #   Tax Acct.# **00005120**

## ASSESSED VALUATION INFORMATION

| ▼ LAND ▼ | ▼ IMPROVEMENTS ▼ | ▼ TOTAL ▼ |
|---|---|---|
| 1697300 | 7816100 | 9513400 |
| EXEMPTIONS ▶ | NET TAXABLE VALUE ▶ | 9513400 |

### EXPLANATION OF TAXES

| DESCRIPTION | RATE PER $100 | AMOUNT OF TAX |
|---|---|---|
| COUNTY TAX | 0.264 | 25115.38 |
| COUNTY OPEN SPACE | 0.011 | 1046.47 |
| DISTRICT SCHOOL TAX | 1.203 | 114446.20 |
| LIBRARY TAX | 0.036 | 3424.82 |
| LOCAL MUNICIPAL TAX | 1.127 | 107216.02 |

UE SHOPPES ON DEAN LLC (VNO)
888 SEVENTH AVENUE
NEW YORK, NY          10019

| | | |
|---|---|---|
| 2017 TOTAL TAX | 2.641 | 251248.89 |
| 2017 NET TAX | | 251248.89 |
| LESS 2017 PREV. BILLED | | 186533.99 |
| BALANCE OF 2017 TAX | | 64714.90 |

| 2017 3RD QTR DUE AUG. 1, 2017 | 2017 4TH QTR DUE NOV. 1, 2017 | 2018 1ST QTR DUE FEB. 1, 2018 | 2018 2ND QTR DUE MAR. 1, 2018 |
|---|---|---|---|
| 64905.17 | 64714.90 | 62812.23 | 62812.22 |

## INFORMATION FOR TAXPAYERS

MAKE CHECK PAYABLE TO: **City of Englewood**

MAIL TO: **Attn: Tax Collector**
**2-10 N Van Brunt St.**
**Englewood, NJ 07631**

### SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

REGULAR OFFICE HOURS 9AM-5PM M-F
OUR OFFICE WILL BE OPEN UNTIL 8PM
ON THE FOLLOWING MONDAY NIGHTS,
NOVEMBER 6, 2017, FEBRUARY 5, 2018,
& MAY 7, 2018.

IF YOU ARE RESPONSIBLE FOR PAYING
YOUR TAXES AND DID NOT RECEIVE
THE ORIGINAL BILL YOU CAN USE
THE "ADVICE COPY" TO PAY
Telephone: 201-871-6607

## 2018 PRELIMINARY TAX

PRELIMINARY TAX IS EQUAL TO
ONE HALF OF 2017 TOTAL NET TAX    **125624.45**

### DISTRIBUTION OF TAXES

| | | |
|---|---|---|
| County Taxes | 11.78% | $ 29586.67 |
| School Taxes | 45.55% | $ 114446.20 |
| Municipal Taxes | 42.67% | $ 107216.02 |

STATE AID USED TO OFFSET LOCAL PROPERTY TAXES: The budgets of the government agencies funded by this tax bill include State aid used to reduce property taxes. State aid offset information for current year municipal tax bills will start becoming available at the end of July. Access the Division of Local Government Services' website at http://www.nj.gov/dca/divisions/dlgs/resources/property_tax.html to find (based on the assessed value of this parcel) the amount of state aid used to offset property taxes on this parcel.

---

### CITY OF ENGLEWOOD   2018-2
BERGEN COUNTY
TAX COLLECTOR'S STUB-DETACH AND RETURN WITH YOUR PAYMENT
2018 2ND QUARTER TAX DUE MAY 1, 2018

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 2403 | 7.02 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT BILLED ▶ | DUE MAY 1, 2018 |
|---|---|---|---|
| 00005120 | | | 62812.22 |
| | | ADJUSTMENT | |
| | CREDIT: | | 37471.60 |
| | | AMT DUE: | 25340.62 |
| | | INTEREST | |
| UE SHOPPES ON DEAN LLC (VNO) | | CASH | |
| 28-46 S DEAN ST | | CHECK | |
| | | TOTAL | |

**DUPLICATE BILL**

### CITY OF ENGLEWOOD   2018-1
BERGEN COUNTY
TAX COLLECTOR'S STUB-DETACH AND RETURN WITH YOUR PAYMENT
2018 1ST QUARTER TAX DUE FEBRUARY 1, 2018

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 2403 | 7.02 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT BILLED ▶ | DUE FEBRUARY 1, 2018 |
|---|---|---|---|
| 00005120 | | | 62812.23 |
| | | ADJUSTMENT | |
| | CREDIT: | | 62812.23 |
| | | AMT DUE: | 0.00 |
| | | INTEREST | |
| UE SHOPPES ON DEAN LLC (VNO) | | CASH | |
| 28-46 S DEAN ST | | CHECK | |
| | | TOTAL | |

**DUPLICATE BILL**

### CITY OF ENGLEWOOD   2017-4
BERGEN COUNTY
TAX COLLECTOR'S STUB-DETACH AND RETURN WITH YOUR PAYMENT
2017 4TH QUARTER TAX DUE NOVEMBER 1, 2017

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 2403 | 7.02 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT BILLED ▶ | DUE NOVEMBER 1, 2017 |
|---|---|---|---|
| 00005120 | | | 64714.90 |
| | | ADJUSTMENT | |
| | CREDIT: | | 64714.90 |
| | | AMT DUE: | 0.00 |
| | | INTEREST | |
| UE SHOPPES ON DEAN LLC (VNO) | | CASH | |
| 28-46 S DEAN ST | | CHECK | |
| | | TOTAL | |

**DUPLICATE BILL**

### CITY OF ENGLEWOOD   2017-3
BERGEN COUNTY
TAX COLLECTOR'S STUB-DETACH AND RETURN WITH YOUR PAYMENT
2017 3RD QUARTER TAX DUE AUGUST 1, 2017

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 2403 | 7.02 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT BILLED ▶ | DUE AUGUST 1, 2017 |
|---|---|---|---|
| 00005120 | | | 64905.17 |
| | | ADJUSTMENT | |
| | CREDIT: | | 64905.17 |
| PREVIOUSLY BILLED | | AMT DUE: | 0.00 |
| | | INTEREST | |
| UE SHOPPES ON DEAN LLC (VNO) | | CASH | |
| 28-46 S DEAN ST | | CHECK | |
| | | TOTAL | |

**DUPLICATE BILL**